# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-19-00383-CV

---

**Denise Trauth in Her Official Capacity and Individual Capacity as
President of Texas State University, Appellant**

**v.**

**David Wiley, Appellee**

---

### FROM THE 207TH DISTRICT COURT OF HAYS COUNTY
### NO. 19-1229, THE HONORABLE R. BRUCE BOYER, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellee David Wiley has filed an unopposed motion to dismiss this interlocutory appeal for want of jurisdiction. Wiley informed the Court that he has filed in the trial court a notice of nonsuit without prejudice of the underlying lawsuit, nonsuiting his entire case against appellant and the other defendant in the case, which renders this appeal moot. The Texas Supreme Court has held that the nonsuit of all claims in the trial court between the parties to an interlocutory appeal deprives the appellate court of jurisdiction over the appeal. *See University of Tex. Med. Branch at Galveston v. Estate of Blackmon*, 195 S.W.3d 98, 100-01 (Tex. 2006) (per curiam).

Accordingly, we grant Wiley's motion. We vacate the trial court's order because the nonsuit has rendered the case moot, and we dismiss the case for want of jurisdiction. *See Houston Mun. Emps. Pension Sys. v. Ferrell,* 248 S.W.3d 151, 153, 157 (Tex. 2007); *see also* Tex. R. App. P. 43.2(e).

 

_____

Gisela D. Triana, Justice

Before Chief Justice Rose, Justices Triana and Smith

Dismissed for Want of Jurisdiction

Filed:   September 27, 2019